16398

BANK OF FORT MILL v. ROLLINS

(61 S. E. (2d) 41)

*Messrs. Hemphill & Hemphill,* of Chester, for *Appellant,*

*Messrs. John M. Spratt,* of York, and *McFadden & Mc-Fadden,* of Chester, *for Respondent,*

472

474

480

August 24, 1950.

*Per Curiam.*

The order of Honorable Joseph R. Moss has been carefully considered in the light of the record and the exceptions, and we find no error.

Let the order be reported as the judgment of this Court.